IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ELIZABETH R. CORYELL, ) | Civil No.: 1:13-cv-00020-JE |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| CAROLYN A. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

JELDERKS, Magistrate Judge:

As authorized by 28 U.S.C. §§ 2412 and 1920 and the Court finding that the record fully supports an award of the amount claimed by Plaintiff's counsel, it is hereby ORDERED that attorney fees in the amount of $5,735.44 and expenses in the amount of $20.40 for certified mailings be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010) and *Tobeler v. Colvin*, 749 F. 3d 830 (9th Cir. 2014).

DATED this 15th day of October, 2014.

/s/ John Jelderks
John Jelderks
U.S. Magistrate Judge

ORDER – 1